

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00241-CR

———————————————

DALTON THOMAS BURNAM, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. CR16815

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Dalton Thomas Burnam attempts to appeal the trial court's May 26, 2026 judgment adjudicating him guilty of sexual assault. *See* Tex. Penal Code § 22.011. Because Burnam did not file a motion for new trial, his notice of appeal was due June 25, 2026. *See* Tex. R. App. P. 26.2(a)(1). Burnam's notice of appeal, however, was not filed until June 26, 2026, making it untimely. *See id.*

On June 29, 2026, we notified Burnam by letter of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely. We requested that, on or before July 9, 2026, Burnam (1) advise whether he properly addressed, stamped, and mailed the notice of appeal by United States Postal Service to the proper trial court clerk on or before June 25, 2026, and (2) provide evidence of proof of mailing. *See* Tex. R. App. P. 1.1, 9.2(b). We warned Burnam that if we determined that the appeal was not timely perfected, we would dismiss it for want of jurisdiction. *See* Tex. R. App. P. 43.2(f). Burnam has not complied with our request or otherwise filed a response to our jurisdiction letter.

A timely notice of appeal is essential to vest this court with jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Because Burnam's notice of appeal was untimely, we dismiss this appeal for want of jurisdiction.[1] *See*

---

[1]We may extend the jurisdictional deadline if a notice of appeal is filed in the trial court within fifteen days of its due date, and within that same period, the appellant also files a motion for extension of time complying with Texas Rule of Appellate Procedure 10.5(b). *See* Tex. R. App. P. 26.3; *Olivo*, 918 S.W.2d at 522; *see*

Tex. R. App. P. 26.2(a)(1), 43.2(f); *Olivo*, 918 S.W.2d at 522–23; *Carmichael v. State*, No. 02-25-00429-CR, 2026 WL 179568, at *1 (Tex. App.—Fort Worth Jan. 22, 2026, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction when appellant's notice of appeal was untimely and he did not comply with appellate court's request to advise whether he had properly addressed, stamped, or mailed his notice of appeal by United States Postal Service to the proper trial court clerk prior to the applicable deadline).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 23, 2026

---

*also* Tex. R. App. P. 10.5(b). Here, however, Burnam has not filed a motion for extension of time to file his notice of appeal. *See* Tex. R. App. P. 26.3; *Olivo*, 918 S.W.2d at 522.